BENNETT et al., Respondents, v. CAMPBELL et al., Appellants. (Supreme Court, Ap-

pellate Division, First Department. May 29, 1913.) Action by Jesse C. Bennett and another against William D. Campbell and others. J. A. Speer, of New York City, for appellants. E. J. Myers, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.